**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07102
(973) 622-4444
(973) 624-7070 FAX
*Attorneys for Defendant,*
  *Vita-Mix Corporation*

|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY |
| LUCIA CANDELARIO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                                         Plaintiff,<br><br>v.<br><br>VITA-MIX CORPORATION,<br><br>                                         Defendant. | Civil Action No. 3:16-cv-02260-MAS-DEA<br>Honorable Michael A. Shipp<br>Honorable Douglas E. Arpert<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT** |

**TO**:   Gerald H. Clark, Esq.
         811 Sixteenth Avenue
         Belmar, NJ  07719
         Attorney for Plaintiff

**SIR:**

**PLEASE TAKE NOTICE** that on July 5, 2016 at 10 o'clock in the forenoon, or as soon thereafter as counsel may be heard, we shall apply to the United States District Court for the District of New Jersey for entry of an Order to Dismiss the Complaint in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, we shall rely upon the Certification of Zane C. Riester in Support of Vita-Mix Corporation's Motion to Dismiss the Complaint, with exhibits, and the Memorandum of Law in Support of Vita-Mix Corporation's Motion to Dismiss the Complaint, submitted herewith.

ME1 22438267v.1

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.

        McCARTER & ENGLISH, LLP
        *Attorneys for Defendant,*
        *Vita-Mix Corporation*

        By: *s/ David R. Kott*
            David R. Kott
            Edward J. Fanning, Jr.
            Zane Riester
            Members of the Firm

Dated:  May 31, 2016